### 17228.   JONES *v.* THE STATE.

LUKE, J.   The conviction here complained of was fully authorized by the evidence, and the special grounds of the motion for a new trial are without merit.   The court properly overruled the motion for a new trial.

  *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 12, 1926.

Indictment for assault with intent to murder; from Cobb superior court—Judge Blair.   February 8, 1926.

*John T. Dorsey,* for plaintiff in error.

*John S. Wood, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 271, n. 41.